## NEW HAVEN WORKMAN'S CIRCLE EDUCATIONAL CENTER, INC.
### vs.
## THE CITY OF NEW HAVEN

Superior Court    New Haven County    File #49110

Joseph I. Kopelman,    Attorney for the Plaintiff.

Corp. Counsel, D. J. Riorkin,  Attorney for the Defendant.

**MEMORANDUM FILED MARCH 25, 1936.**

O'SULLIVAN, J. There is no evidence before this Court that the provisions of Section 1164 of the General Statutes

have been complied with. This section required this appel-
lant, as one claiming exemption from taxation, to file a report
during the time prescribed by law for the filing of assessment
lists next succeeding the acquiring of property not theretofore
made exempt by the provisions of **Section 1163.**

This reason alone requires the dismissal of the appeal,
which is hereby ordered.